UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:17-CR-78 |
| | § | |
| PABLO MIGUEL MARTINEZ | § | |

## ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL

On March 1, 2017, Defendant Pablo Miguel Martinez was released on bond in this case. Since being released, Mr. Martinez was arrested by state authorities in San Antonio, Texas for a felony offense which apparently was committed prior to the instant federal offense. He remains in state custody, unable to post bond on the state charges. Mr. Martinez suffers from a number of serious health problems such that he is hospitalized and currently cannot be safely transported to Corpus Christi for proceedings in the instant federal criminal case.

The Court has finds that this case should be **CONTINUED** until the defendant is medically fit to travel. The undersigned further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Further, the undersigned finds pursuant to 18 U.S.C. § 3161(h)(4) that the defendant is currently physically unable to stand trial.

Accordingly, the Court continues the final pretrial conference and trial. It is further ORDERED that this case is set for a final pretrial conference before U.S.

Magistrate Judge Jason Libby on **June 2, 2017 at 10:30 a.m.** and jury selection and trial

are set before U.S. District Judge Nelva Gonzales Ramos on **June 5, 2017 at 9:00 a.m.**

ORDERED this 15th day of May, 2017.

Jason B. Libby
United States Magistrate Judge